UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

November 15, 2012

MEMO RE:  Pamela Moses v. Pier One Imports, Inc.
          Civil No. JFM-12-2441

Dear Counsel and Ms. Moses:

As you know, plaintiff has filed a sur-reply memorandum.  If defendant wishes to file a sur-sur-reply, it may do so on or before November 30, 2012.

Very truly yours,

/s/ J. Frederick Motz

J. Frederick Motz
United States District Judge